IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 12-CV-767 |
| ) | |
| VERNON V. VESELY, et al. ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

Judgment is hereby entered in favor of the United States and against Vernon V. Vesely and Margaret C. Vesely for the unpaid balance of federal income taxes, penalties, and interest in the amount of $342.86, plus interest and statutory additions according to law from February 6, 2013 until paid.

Judgment is also entered in favor of the United States and against Vernon V. Vesely in the amount of $76,996.12 and against Margaret C. Vesely in the amount of $76,932.90 for the unpaid balance of trust-fund-recovery penalty assessments, plus interest and statutory additions according to law from February 6, 2013 until paid.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, pursuant to 26 U.S.C. § 7403, the United States has valid and subsisting federal tax liens for the taxes described above upon all property and rights to property belonging to Vernon V. Vesely and Margaret C. Vesely, including their interest in the real property described in paragraph 9 of the Amended Complaint

in this action, and that such federal tax liens be foreclosed and enforced against that property.

The United States shall submit a proposed Order of Sale within thirty (30) days.

*Barbara B Crabb*
BARBARA B. CRABB
UNITED STATES DISTRICT JUDGE

Dated this 20th Day of February, 2013.

Judgment entered this 20th day of February, 2013.

*Peter Oppeneer*
Peter Oppeneer, Clerk of Court