IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 12-CV-767 |
| | ) | |
| VERNON V. VESELY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER CONFIRMING SALE
AND DIRECTING DISTRIBUTION OF SALE PROCEEDS

Upon plaintiff United States' motion for an order confirming the sale of real property described in this Court's Order of Sale (Docket Number 27) and directing the Clerk to distribute the funds from the sale of that parcel, and for good cause shown,

IT IS THEREFORE ORDERED THAT the sale of the real property located at 1822 West Burma Road, Mosinee (Marathon County), Wisconsin 54455 ("the Property"), within the District of Wisconsin, and legally described as follows:

> Lot one (1) of Certified Survey Map #3920 found in Volume 14 of Certified Survey Maps, page 218, being a part of the Southwest quarter (SW 1/4) of the Southeast quarter (SE 1/4) of Section nine (9), Township twenty-seven (27) North, Range six (6) East.

to Dustin and Margaret Kaiser for the sum of $96,000 is HEREBY CONFIRMED. The Internal Revenue Service shall issue a deed for the Property.

The Clerk of the Court is directed to distribute the sale proceeds as follows:

| Purpose | Payee | Amount | Address for sending check |
|---|---|---|---|
| Expenses of Sale | United States Treasury | $ 435.42 | Crystal L. Ferguson<br>Property Appraisal and Liquidation Specialist Central<br>Internal Revenue Service<br>3615 Park Drive<br>Olympia Fields, Illinois 60461 |
| Real Estate Taxes | Marathon County Treasurer<br><br>**Note on check: Parcel No. 058-2706-094-0997** | $ 3,920.71 | Marathon County Treasurer<br>500 Forest Street<br>Wausau, Wisconsin 54403 |
| Mortgage Lien | Stephen Meinel (assignee of Bank of Wausau's interest) | $43,437.60 | Stephen Meinel<br>8303 Alderson Street<br>Schofield, Wisconsin 54476 |
| Federal Income Tax Liens ($342.86 as of February 6, 2013); Trust-Fund Tax Liens ($76,996.12 and $76,932.90 as of February 6, 2013) | United States Treasury | $22,085.44 | United States<br>Department of Justice<br>Tax Division<br>Attn: William E. Thompson<br>P.O. Box 310<br>Ben Franklin Station<br>Washington, D.C. 20044 |
| State Tax Liens Wisconsin Department of Workforce Development | Unemployment Insurance<br><br>**Note on check: Account# 529653** | $15,628.76 | Andrew Rubsam<br>Wisconsin Department of Workforce Development<br>Unemployment Insurance Division<br>201 East Washington Avenue<br>Room E-300<br>Madison, Wisconsin 53703 |
| State Tax Liens Wisconsin Department of Revenue | Wisconsin Department of Revenue | $10,492.07 | James McNeilly, Jr.<br>State of Wisconsin<br>Department of Revenue<br>General Counsel, P.O. Box 8907<br>2135 Rimrock Road, Stop 6-173<br>Madison, Wisconsin 53708 |
| | **TOTAL** | $96,000 | |

8871291.1

Dated: March 13, 2014.

/s/ Barbara B. Crabb
BARBARA B. CRABB
UNITED STATES DISTRICT JUDGE

8871291.1

Dated: March 13, 2014.